# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENZYME CORPORATION,<br><br>　　　　Plaintiff,<br>v.<br><br>THOMAS DOTTER and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 1:18-cv-11940-RGS |

## NOTICE OF APPEARANCE

　　Pursuant to Local Rule 83.5.2, please enter the appearance of Russell Beck of Beck Reed Riden LLP as counsel for Defendant Novartis Pharmaceuticals Corporation in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　NOVARTIS PHARMACEUTICALS
　　　　　　　　　　　　　　　　　　　CORPORATION

　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　 /s/ Russell Beck
　　　　　　　　　　　　　　　　　　　Russell Beck, BBO No. 561031
　　　　　　　　　　　　　　　　　　　Hannah T. Joseph, BBO No. 688132
　　　　　　　　　　　　　　　　　　　Lauren C. Schaefer, BBO No. 696628
　　　　　　　　　　　　　　　　　　　Beck Reed Riden LLP
　　　　　　　　　　　　　　　　　　　155 Federal Street, Suite 1302
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts  02110
　　　　　　　　　　　　　　　　　　　617.500.8660 Telephone
　　　　　　　　　　　　　　　　　　　617.500.8665 Facsimile
　　　　　　　　　　　　　　　　　　　*rbeck@beckreed.com*
　　　　　　　　　　　　　　　　　　　*hjoseph@beckreed.com*
　　　　　　　　　　　　　　　　　　　*lschaefer@beckreed.com*

Dated:  December 4, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed through the CM/ECF system on December 4, 2018, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

                                                                   */s/ Russell Beck*
                                                                   Russell Beck