# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GENZYME CORPORATION,

       Plaintiff,

v.

THOMAS DOTTER and NOVARTIS
PHARMACEUTICALS CORPORATION,

    Defendants.

Civil Action No. 1:18-cv-11940-RGS

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Hannah T. Joseph of Beck

Reed Riden LLP as counsel for Defendant Novartis Pharmaceuticals Corporation in the above-

captioned matter.

Respectfully submitted,

NOVARTIS PHARMACEUTICALS
CORPORATION

By its attorneys,

 */s/ Hannah T. Joseph*
Russell Beck, BBO No. 561031
Hannah T. Joseph, BBO No. 688132
Lauren C. Schaefer, BBO No. 696628
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, Massachusetts  02110
617.500.8660 Telephone
617.500.8665 Facsimile
*rbeck@beckreed.com*
*hjoseph@beckreed.com*
*lschaefer@beckreed.com*

Dated:  December 4, 2018

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document has been filed through the CM/ECF system on December 4, 2018, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

_/s/ Hannah Joseph_____
Hannah Joseph